UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. DOBSON ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:22-CV-97-FL |
| ARCHER DANIELS MIDLAND COMPANY ) | |
|        Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand this action to state court.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2023, more particularly described therein, that the captioned action be and hereby is remanded to New Hanover County Superior Court.

**This Judgment Filed and Entered on March 6, 2023, and Copies To:**
Brian J. Krombe (via CM/ECF Notice of Electronic Notification)
Jerry H. Walters, Jr. / Kevin M. Cleys (via CM/ECF Notice of Electronic Notification)
The Honorable Jan Kennedy (via U.S. Mail at New Hanover County Clerk of Superior Court, P. O. Box 2023, Wilmington, NC 28402)

March 6, 2023                    PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk